**FILED**

JUN 3 0 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

L. RUTHER,                 :

                  :

       Plaintiff,        :

                  :

v.                    :      Civil Action No. 17-1116 (UNA)

                  :

UNITED STATES OF AMERICA,     :

                  :

       Defendant.      :

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court notes that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint is barely legible. It does not appear to state the grounds upon which this court's jurisdiction depends, include a statement of a cognizable claim showing plaintiff's entitlement to relief, or set forth a basis for an award of $19 million. As drafted, the complaint fails to meet the standard set forth in Rule 8(a), and therefore, it must be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 28 June 217

Rosemary M Colly
United States District Judge